UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD EASTER,

    Plaintiff,

v.                                                Case No.:  2:24-cv-82-SPC-NPM

WELLPATH RECOVERY
SOLUTIONS, LLC,

    Defendant.
_____/

## **OPINION AND ORDER**

Before the Court is Defendant Wellpath Recovery Solutions, LLC's Suggestion of Bankruptcy. (Doc. 17). Wellpath Recovery Solutions, LLC filed for bankruptcy on November 11, 2024. So, the Court stays this case in accordance with 11 U.S.C. § 362.

Accordingly, it is now

**ORDERED:**

1. The case is **STAYED**.

2. **On or before February 12, 2025**, and **every 90 days** thereafter Wellpath Recovery Solutions, LLC must provide the Court with a status report regarding the bankruptcy proceedings. Wellpath Recovery Solutions, LLC must notify the Court within **7 days** of the bankruptcy proceedings concluding.

3. The Clerk is **DIRECTED** to add a stay flag to the file.

**DONE** and **ORDERED** in Fort Myers, Florida on November 15, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record