## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

HOWARD EASTER,

    Plaintiff,

v.

WELLPATH RECOVERY SOLUTIONS, LLC,

    Defendant.

Case No.: 2:24-cv-00082-SPC-NPM

## NOTICE OF SETTLEMENT

Defendant WELLPATH RECOVERY SOLUTIONS, LLC by and through its undersigned counsel, hereby notifies the Court that the Parties have resolved the matters in controversy in this action. The Parties are in the process of finalizing the terms of the settlement agreement and will file a stipulation of dismissal with prejudice upon completion.

Dated this 8th of July, 2025.

**[Signature appears on next page]**

1

        Respectfully submitted,

        **FORDHARRISON LLP**

        By: */s/ Luis A. Santos*
            Luis A. Santos
            Florida Bar No. 0084647
            lsantos@fordharrison.com
            Viktoryia Johnson, Esquire
            Florida Bar Number 125545
            vjohnson@fordharrison.com
            401 E. Jackson Street, Suite 2500
            Tampa, FL  33602-5133
            Telephone:  (813) 261-7800
            Facsimile:  (813) 261-7899

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

        Barbra A. Stern, Esq.
        Law Offices of Barbra Stern, PA
        808 E. Las Olas Blvd., Suite 102
        Fort Lauderdale, FL 33301
        barbra@sternlawoffice.com

            */s/ Luis A. Santos*
            Attorney

WSActiveLLP:114403375.1